IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**JESUS P. HERRERA**

     **Plaintiff,**

**v.**                                             **Case No.: 2:23-cv-01101 JB/KRS**

**CITY OF JAL POLICE DEPARTMENT, AND
OFFICERS ROBERT EMBLEY, JOSE SIERRA,**

     **Defendants.**

**ORDER GRANTING UNOPPOSED MOTION TO EXCUSE ROBERT EMBLEY AND
JOSE SIERRA FROM APPEARANCE AT SETTLEMENT CONFERENCE**

     **THIS MATTER**, having come before the Court on Defendants' Unopposed Motion to

Excuse Robert Embley and Jose Sierra from Appearance at Settlement Conference, (Doc. 42),

finding the request well taken, and taking notice that the Plaintiff does not oppose the motion, and

being otherwise advised,

     IT IS ORDERED that Robert Embley and Jose Sierra are excused from the Settlement

Conference set in this matter for October 8, 2024.


                                         _____
                                         KEVIN R. SWEAZEA
                                         UNITED STATES MAGISTRATE JUDGE


SUBMITTED BY:
SERPE ANDREWS, PLLC

  */s/ Christina L.G. Brennan*
Christina L.G. Brennan
Blade M. Allen
4001 Office Court Dr., Suite 203
Santa Fe, NM 87507
(713) 452-4400
cbrennan@serpeandrews.com
ballen@serpeandrews.com
*Attorneys for Defendants*

APPROVED:

JASSO & JASSO LAW FIRM, LLC

<u>Approved via Email on 09/10/2024</u>
Ricardo Jasso
721 N. Linam Street
Hobbs, New Mexico 88240
(575) 942-1303
Rjasso.law@gmail.com
Rick.jassolaw@yahoo.com
*Attorneys for Plaintiff*