IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS P. HERRERA,

    Plaintiff,

v.                                                        No. 2:23-cv-1101 JB/KRS

CITY OF JAL POLICE DEPARTMENT,
ROBERT EMBLEY and JOSE SIERRA,

    Defendants.

### ORDER DIRECTING COMPLIANCE WITH D.N.M. LR-CIV. 83.8

On October 11, 2024, a Stipulated Order For Withdrawal As Counsel Of Record was entered, pursuant to which Attorney Ricardo Jasso of JASSO & JASSO LAW FIRM, LLC, was granted leave to withdraw from his representation of Plaintiff Jesus P. Herrera. *See* (Doc. 51). Attorney Jasso's Motion to Withdraw stated the Plaintiff had requested that counsel withdraw but did not provide either (1) notice of appointment of substitute attorney; or (2) a statement of the client's intention to appear *pro se* and the client's address and telephone number, as required by D.N.M. LR-Civ. 83.8(a). *See* (Doc. 48). No appearance of substitute counsel having been filed since the motion to withdraw was granted, the Court ORDERS Attorney Ricardo Jasso to comply with D.N.M. LR-Civ. 83.8(a).

Accordingly, it is hereby ORDERED that, on or before **November 20, 2024**, Attorney Ricardo Jasso, of JASSO & JASSO LAW FIRM, LLC, file notice with the Court of Plaintiff's last known address and telephone number in accordance with the requirements of D.N.M. LR-Civ. 83.8(a).

IT IS SO ORDERED this 8th day of November, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE